CLOSED

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
### CRIMINAL DOCKET FOR CASE #: 2:20-mj-00048-DM All Defendants
#### Internal Use Only

| | |
|---|---|
| Case title: USA v. Medeiros | Date Filed: 04/07/2020 |
| Other court case number: 20-55 LHK USDC Northern District of California | Date Terminated: 04/15/2020 |

Assigned to: Magistrate Duty Magistrate

**Defendant (1)**

| | | |
|---|---|---|
| **Ricardo Medeiros**<br>*TERMINATED: 04/15/2020* | represented by | **Drew M. Louviere**<br>Drew M. Louviere, Attorney at Law<br>744 Napoleon St.<br>Baton Rouge, LA 70802<br>225-388-9622<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Inga Catherine Petrovich**<br>DOJ-USAO<br>650 Poydras Street<br>Suite 1600<br>New Orleans, LA 70130<br>504-680-3115<br>Email: inga.petrovich@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant U.S. Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 04/07/2020 | 1 | EXPARTE/CONSENT MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Ricardo Medeiros. (cc: USM by email) (plh) (Entered: 04/09/2020) |
| 04/07/2020 | 2 | ORDER granting 1 Motion for Writ of Habeas Corpus ad prosequendum as to Ricardo Medeiros as to Ricardo Medeiros (1). Signed by Magistrate Judge Janis van Meerveld on 4/7/2020. (cc: USM by email) (plh) (Entered: 04/09/2020) |
| 04/08/2020 | 3 | Writ of Habeas Corpus ad Prosequendum Issued (cc: USM by email) (plh) (Entered: 04/09/2020) |
| 04/13/2020 | 4 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr:Initial Appearance as to Ricardo Medeiros held on 4/13/2020. Appearance entered by Drew M. Louviere for Ricardo Medeiros. All counsel and defendant consent to appear by video. Defendant remanded. Detention Hearing set for 4/17/2020 02:00 PM before Duty Magistrate. Removal Hearing set for 4/17/2020 02:00 PM before Duty Magistrate. (Court Reporter Magistrat Clerical.) (Attachments: # 1 Papers from NDCA) (plh) (Entered: 04/14/2020) |
| 04/14/2020 | 5 | ORDER as to Ricardo Medeiros. ORDERED that the Detention Hearing and Removal Hearing are RESET to 4/15/2020 02:00 PM by video conference before Magistrate Judge Joseph C. Wilkinson, Jr. An email will be to all counsel with the link to the video conference. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 4/14/2020. (plh) (St. Tammany Parish Jail by email) (Entered: 04/14/2020) |
| 04/15/2020 | 6 | PRETRIAL BAIL REPORT as to Ricardo Medeiros. NOTE: The attached document will only be accessible to the criminal duty judge, the government attorney and the attorney for the applicable defendant for bail determination proceedings. After the proceedings are completed, only Probation will have access. (Robert, Cheryl) (Entered: 04/15/2020) |
| 04/15/2020 | 7 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Detention Hearing as to Ricardo Medeiros held on 4/15/2020. Defendant remanded. (Court Reporter Crim Mag.) (ft) (Entered: 04/16/2020) |
| 04/15/2020 | 8 | ORDER OF TEMPORARY DETENTION as to Ricardo Medeiros. Signed by Magistrate Judge Joseph C. Wilkinson, Jr on 4/15/2020. (ft) (Entered: 04/16/2020) |
| 04/15/2020 | 9 | WAIVER of Rule 5 & 5.1 Hearings by Ricardo Medeiros. (ft) (Entered: 04/16/2020) |
| 04/15/2020 | 10 | RULE 40 COMMITMENT TO ANOTHER DISTRICT as to Ricardo Medeiros by Magistrate Judge Joseph C. Wilkinson, Jr. Defendant committed to District of Northern District of California. (2CC:USMS) (ft) (Entered: 04/16/2020) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 20-MJ-48 |
| v. | * | |
| RICARDO MEDEIROS | * | |

\* \* \*

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE DUTY MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Inga Petrovich, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **RICARDO MEDEIROS (W/M, DOB: XX/XX/83; Social Security: XXX-XX-2733)** is now confined in the **St. Tammany Parish Detention Center in Covington, Louisiana**, in the custody of the Warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **RICARDO MEDEIROS** is charged via an Indictment in the United States District Court for the Northern District of California with violating Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute Methamphetamine, and that it is necessary for the said **RICARDO MEDEIROS** to appear for an initial appearance in the United States District Court for the Eastern District of Louisiana on or before the **13th day of April, 2020, at 2:00 p.m.**, before the Duty Magistrate, after which **RICARDO MEDEIROS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

**WHEREFORE**, petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the Warden of the St. Tammany Parish Detention Center, requiring him to surrender the body of said **RICARDO MEDEIROS** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, or to Special Agents of the Federal Bureau of Investigation for the Eastern District of Louisiana, or one of its authorized agents to be thereafter produced in the United States District Court for the Eastern District of Louisiana on or before the **13th day of April, 2020, at 2:00 p.m.** before the Duty Magistrate Judge, after which **RICARDO MEDEIROS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

        Respectfully submitted,

        PETER G. STRASSER
        UNITED STATES ATTORNEY

        */s/ Inga Petrovich*
        INGA PETROVICH
        Assistant United States Attorney
        LA Bar Roll No. 31284
        U.S. Attorney's Office (E.D. La.)
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3115
        E-Mail: inga.petrovich@usdoj.gov

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-MJ-48** |
| **v.** | * | |
| **RICARDO MEDEIROS** | * | |

\* \* \*

## O R D E R

Let a writ of habeas corpus ad prosequendum be issued to the Warden of the St. Tammany Parish Detention Center, Covington, Louisiana or one of his authorized deputies, ordering and directing said Warden, or one of his authorized deputies, to surrender the body of **RICARDO MEDEIROS**, now confined in the St. Tammany Parish Detention Center, St. Tammany Parish, Louisiana, to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, or to Special Agents of the Federal Bureau of Investigation for the Eastern District of Louisiana, or one of its authorized agents, to be thereafter produced on or before the **13th day of April, 2020, at 2:00 p.m.**, before the Duty Magistrate Judge, to appear for an initial appearance after which, **RICARDO MEDEIROS** is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

New Orleans, Louisiana, this  7th  day of      April     , 2020.


_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

(CRIMINAL)

UNITED STATES OF AMERICA                                No. 20mj48

        VS.

RICARDO MEDEIROS

        WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:     Warden, St. Tammany Parish Detention Center

GREETING: --

    You or one of your authorized deputies are hereby ordered and directed to surrender the body of RICARDO MEDEIROS, now confined in the St. Tammany Parish Detention Center, St. Tammany Parish, Louisiana, to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or any other United States Marshal, or his authorized deputy, or to Special Agents of the Federal Bureau of Investigation for the Eastern District of Louisiana, or one of its authorized agents, be thereafter produced on or before the 13th day of April, 2020, at 2:00 p.m., before the Duty Magistrate Judge, to appear for an initial appearance after which, RICARDO MEDEIROS is to remain in the custody of the U.S. Marshal until resolution of federal charges pending against him.

                            Witness the Honorable Judges of the United States District
                            Court for the Eastern District of Louisiana at the City of
                            New Orleans, LA, this 8th day of April, 2020.
                                CAROL L. MICHEL, CLERK

                        BY: _____
                                    Deputy Clerk

MINUTE ENTRY
APRIL 13, 2020
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-48 |
| RICARDO MEDEIROS | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT (WITH) WITHOUT COUNSEL _Ret.- Drew LouViere_
_744 Napoleon St., Baton Rouge, LA 70802_ consents to appear by video
X  ASSISTANT U.S. ATTORNEY  INGA PETROVICH - consents to appear by video
___ INTERPRETER _____
Designated by Court and sworn.  Time: _____.M to _____.M.

- Defendant consents to appear by video
X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT FROM NDCA WAS:
(READ)  WAIVED  SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN) WOULD BE RETAINED

_/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

_/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

_/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 22

__/ BOND SET AT _____

_____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/(REMOVAL HEARING)/ ARRAIGNMENT IS SET FOR  April 17, 2020 at 2:00 pm

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR April 17, 2020 at 2:00 pm

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/(REMOVAL HEARING)/ARRAIGNMENT/(DETENTION HEARING)/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-48 |
| RICARDO MEDEIROS | SECTION: MAG |

## ORDER

**IT IS ORDERED** that the Detention Hearing and Removal Hearing presently set for April 17, 2020 at 2:00 p.m. are RESET to April 15, 2020 at 2:00 p.m. by video conference before United States Magistrate Judge Joseph C. Wilkinson, Jr.* An email will be sent to all counsel with the link to the video conference.

New Orleans, Louisiana this 14th day of April 2020.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

*Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

Crim Mag to notify:
St. Tammany Parish Jail

MINUTE ENTRY
APRIL 15, 2020
WILKINSON, M.J.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-48 |
| RICARDO MEDEIROS | SECTION: MAG |

### DETENTION HEARING

PRESENT: X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT  REATINED: DREW LOUVIERE — By Video

 744 NAPOLEON ST., BATON ROUGE, LA 70802

X/ASST. U.S. ATTORNEY  INGA PETROVICH — By Video

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

__/GOVERNMENT WITNESS(ES) _____

__/DEFENSE WITNESS(ES) _____

X/ Defendant Consents to appearance by Video.

MJSTAR: 00:08

RICARDO MEDEIROS                      20-48 MAG

DEFENDANT                                         CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

__/ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT _____

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

___/ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

X/ DEFENDANT IS NOT ENTITLED TO RELEASE.

X/ DEFENDANT IS ORDERED *Temporarily* DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL. *Pending hearing in NDCA.*

X/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

X/ THE DEFENDANT (WAIVED) STIPULATED TO DETENTION RESERVING (HIS) HER RIGHT TO ~~REOPEN~~ *Detention hearing in NDCA.* *pending transportation to N.D.CA*

X OTHER: *Waiver of Identity Hearing executed*

Case 4:20-cr-00055-YGR Document 6 Filed 04/24/20 Page 12 of 16
Case 2:20-mj-00048-DM Document 8 Filed 04/15/20 Page 1 of 3

AO 472 (Rev. 09/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><u>RICARDO MEDEIROS</u><br>*Defendant* | )<br>)<br>) Case No. 20-48 MAG<br>)<br>) |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☒ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or

☐ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

*temporary pending transportation to N.O. Cal*

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

☐ (1) the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):

☐ (a) a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**

☐ (b) an offense for which the maximum sentence is life imprisonment or death; **or**

☐ (c) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**

☐ (d) any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**

☐ (e) any felony that is not otherwise a crime of violence but involves:
(i) a minor victim; (ii) the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); (iii) any other dangerous weapon; or (iv) a failure to register under 18 U.S.C. § 2250; **and**

☐ (2) the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; **and**

☐ (3) the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; **and**

☐ (4) a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

Case 4:20-cr-00055-YGR Document 48 Filed 04/24/20 Page 13 of 16
Case 2:20-mj-00048-DM Document 8 Filed 04/15/20 Page 2 of 3

AO 472 (Rev. 09/16) Order of Detention Pending Trial

☐ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

☐ (1) an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);

☐ (2) an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

☐ (3) an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;

☐ (4) an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**

☐ (5) an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above.

**OR**

☐ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

## Part III - Analysis and Statement of the Reasons for Detention

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☐ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☐ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

☐ Weight of evidence against the defendant is strong
☐ Subject to lengthy period of incarceration if convicted
☐ Prior criminal history
☐ Participation in criminal activity while on probation, parole, or supervision
☐ History of violence or use of weapons
☐ History of alcohol or substance abuse
☐ Lack of stable employment
☐ Lack of stable residence
☐ Lack of financially responsible sureties
☐ Lack of significant community or family ties to this district
☐ Significant family or other ties outside the United States
☐ Lack of legal status in the United States

Page **2** of **3**

Case 4:20-cr-00055-YGR Document 4 Filed 04/24/20 Page 14 of 16
Case 2:20-mj-00048-DM Document 8 Filed 04/15/20 Page 3 of 3

AO 472 (Rev. 09/16) Order of Detention Pending Trial

☐ Subject to removal or deportation after serving any period of incarceration
☐ Prior failure to appear in court as ordered
☐ Prior attempt(s) to evade law enforcement
☐ Use of alias(es) or false documents
☐ Background information unknown or unverified
☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION: _pending transport to N.D. Calif_

☑ The defendant stipulates to detention with a reservation of the right to ~~reurge should circumstances permit.~~ _the defendant being not petitioning_ _presently in N.D. Calif._

## Part IV - Directions Regarding Detention

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: _April 15, 2020_

United States ~~District Judge~~ / Magistrate Judge

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>RICARDO MEDEIROS<br>*Defendant* | )<br>)  Case No.  20-48 MAG<br>)<br>)  Charging District's Case No.  20-CR-55 LHK NC<br>)<br>) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __Northern District of California, San Jose Division__

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 4-15-2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Drew M. Louviere
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RICARDO MEDEIROS | ) | Case No. 20-48 MAG |
| | ) | |
| | ) | Charging District's |
| Defendant | ) | Case No. 20-CR-55 LHK NC |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the __Northern__ District of __California__,
(if applicable) __San Jose__ division. The defendant may need an interpreter for this language: _____.

The defendant:  ☑ will retain an attorney.
　　　　　　　　 ☐ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _April 15, 2020_　　　　　　　　　　　　　_/s/_
　　　　　　　　　　　　　　　　　　　　　　　　Judge's signature

　　　　　　　　　　　　　　　　　　　　JOSEPH C. WILKINSON, JR.
　　　　　　　　　　　　　　　　　　　　　　Printed name and title
　　　　　　　　　　　　　　　　　　　　　　U.S. MAG. JUDGE